IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRAVEEN KHARB,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

17-cv-369-bbc

ERICSSON, INC., JOHN DOE 1
(President & CEO),
JOHN DOE 2 (Account Manager, C.W.),
JOHN DOE 3 (Account Manager, T.M.),
JOHN DOE 4 (Program Director, C.W.),
JOHN DOE 5 (Program Director, T.M.),
JOHN DOE 6 (Director of Human Resources)
and JOHN DOE 7 (Director of Finance),

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for lack of personal jurisdiction.

| /s/ | 7/17/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |